**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6812**

_____

MATTHEW SPENCER O'BRIEN,

              Plaintiff - Appellant,

     v.

MR. SUMMERFIELD,

              Defendant – Appellee,
        and

DR. BROOKS; BOBBY P. SHEARIN; J. MICHAEL STOUFFER; SCOTT S. OAKLEY,

              Defendants.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Ellen Lipton Hollander, District Judge. (1:11-cv-02346-ELH)

_____

Submitted:  August 16, 2012      Decided:  August 21, 2012

_____

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Matthew Spencer O'Brien, Appellant Pro Se.  Daniel Christopher Costello, WHARTON, LEVIN, EHRMANTRAUT, KLEIN & NASH, Annapolis, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Spencer O'Brien appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. O'Brien v. Summerfield, No. 1:11-cv-02346-ELH (D. Md. Feb. 21, 2012; Apr. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED